C David Cottingham
Chapter 13 Standing Trustee
Northern District of Alabama
Western Division
P O BOX 020588
Tuscaloosa, Alabama  35402
(205) 758 8595

341 Meeting Results for January 8, 2010
9:00 a.m.

| Case # | Debtor Last Name | Hrg Result |
|---|---|---|
| 09-06350-CMS-13 | ETHRIDGE | HELD |
| 09-73123-CMS-13 | LAWSON | HELD |
| 09-73136-CMS-13 | OWENS | HELD |
| 09-73137-CMS-13 | WEAVER | CONT. TO 1/22/10 |
| 09-73138-CMS-13 | LEE | HELD |
| 09-73139-CMS-13 | TUNSTELL | HELD |
| 09-73141-CMS-13 | HAMNER | HELD |
| 09-73143-CMS-13 | WOODS | HELD |
| 09-73144-CMS-13 | HONEYCUTT | HELD |
| 09-73145-CMS-13 | LEWIS | NOT HELD |
| 09-73146-CMS-13 | SAWYER | HELD |
| 09-73147-CMS-13 | WALTERS | CONT. TO 1/22/10 |
| 09-73148-CMS-13 | MITCHELL | HELD |
| 09-73153-CMS-13 | SCOTT | HELD |
| 09-73154-CMS-13 | HUNTER | HELD |
| 09-73156-CMS-13 | LITTLE | CONT. TO 1/22/10 |
| 09-73157-CMS-13 | WILSON | HELD |
| 09-73158-CMS-13 | SANDERS | CONT. TO 1/22/10 |
| 09-73159-CMS-13 | FIELDS | HELD |
| 09-73160-CMS-13 | EDGIL | CONT. TO 1/22/10 |
| 09-73161-CMS-13 | JACKSON | CONT. TO 1/22/10 |
| 09-73162-CMS-13 | PEARSON | CONT. TO 1/22/10 |
| 09-73163-CMS-13 | BASKIN | CONT. TO 1/22/10 |
| 09-73168-CMS-13 | JOHNSON | HELD |
| 09-71369-CMS-13 | RAIMIST | HELD |
| 09-73170-CMS-13 | BEASLEY | HELD |
| 09-73171-CMS-13 | GRAY | HELD |
| 09-73173-CMS-13 | KELLEY | HELD |
| 09-73176-CMS-13 | MARCHANT | HELD |
| 09-73177-CMS-13 | WHEELER | HELD |
| 09-73179-CMS-13 | THOMAS | HELD |
| 09-73180-CMS-13 | WRIGHT | HELD |
| 09-73181-CMS-13 | HOLDER | HELD |
| 09-73183-CMS-13 | GILMORE | HELD |
| 09-73184-CMS-13 | LAWLEY | CONT. TO 1/22/10 |
| 09-73185-CMS-13 | CONNERS | CONT. TO 1/22/10 |
| 09-73186-CMS-13 | REEVES | HELD |
| 09-73187-CMS-13 | BUCKHANNA | HELD |
| 09-73188-CMS-13 | HUCHE | CONT. TO 1/22/10 |
| 09-73189-CMS-13 | PAGE | HELD |
| 09-73192-CMS-13 | HARRIS | HELD |

| Case Number | Name | Status |
|---|---|---|
| 09-73193-CMS-13 | WHITTEN | HELD |
| 09-73196-CMS-13 | PRUDE | CONT. TO 1/22/10 |
| 09-73197-CMS-13 | EDWARDS | CONT. TO 1/22/10 |
| 09-73199-CMS-13 | HOSEA | HELD |
| 09-73200-CMS-13 | REEDY | HELD |
| 09-73201-CMS-13 | CARTER | HELD |
| 09-73202-CMS-13 | HOWELL | CONT. TO 1/22/10 |
| 09-73204-CMS-13 | LAWSON | HELD |
| 09-73205-CMS-13 | DAVIS | HELD |
| 09-73211-CMS-13 | GRIFFIN | HELD |
| 09-73214-CMS-13 | STEPHENS | HELD |
| 09-73215-CMS-13 | COOK | HELD |
| 09-73216-CMS-13 | CLEMENTS | HELD |
| 09-73217-CMS-13 | ANTHONY | HELD |
| 09-73218-CMS-13 | ROBY | HELD |
| 09-73221-CMS-13 | RICE | CONT. TO 1/22/10 |
| 09-73224-CMS-13 | JONES | HELD |
| 09-73225-CMS-13 | MCDOWELL | CONT. TO 1/22/10 |
| 09-73226-CMS-13 | LANGFORD | CONT. TO 1/22/10 |
| 09-73227-CMS-13 | WHITFIELD | NOT HELD |
| 09-73228-CMS-13 | DUNCAN | HELD |
| 09-73229-CMS-13 | MORGAN | HELD |
| 09-73230-CMS-13 | HUMPHRIES | HELD |
| 09-73231-CMS-13 | MAY | HELD |
| 09-73232-CMS-13 | MOTON | HELD |
| 09-73234-CMS-13 | WASHINGTON | CONT. TO 1/22/10 |
| 09-73235-CMS-13 | MCGRAW | CONT. TO 1/22/10 |
| 09-73239-CMS-13 | RUFFIN | HELD |
| 09-73241-CMS-13 | HOBSON | HELD |
| 09-73243-CMS-13 | TRAN | HELD |
| 09-73244-CMS-13 | PRICE | CONT. TO 1/22/10 |
| 09-73246-CMS-13 | WILSON | HELD |