C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:   WEST AL FAMILY PHYSICIANS
      2330 UNIVERSITY BLVD., STE 150
      ATTN PAYROLL DEPT
      TUSCALOOSA, AL 35401-

Date:   01/13/2010

Chapter 13 Case Number:  09-73225-CMS13

Debtor:  TRACEY MCDOWELL

Debtor's Social Security Number:  ###-##-7887

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently directed to do so.

Thank you for your cooperation.

        Very truly yours,

        /s/ C. David Cottingham
        C. David Cottingham
        Standing Chapter 13 Trustee

CDC/rgt

cc:   TRACEY MCDOWELL
      Employer
      Attorney:  MARSHALL ENTELISANO
      Clerk, U.S. Bankruptcy Court